JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ERIC RHEA SAYLORS,

Petitioner,

vs.

LOS ANGELES COUNTY, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,

Respondent.

Case No.  CV 08-5183-AG (RNB)

**JUDGMENT**

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: DECEMBER 24, 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12/30/08

DEPUTY CLERK

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY